**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROBBIE DAVID BROWN-HERNANDEZ,

    Petitioner,

-vs-                                          Case No.  8:04-CR-0246-T-30TBM
                                                            8:05-CV-1210-T-30TBM

UNITED STATES OF AMERICA,

    Respondent.
_____/

**O R D E R**

THIS matter is before the Court for consideration of Petitioner's Affidavit of Indigency in which he seeks leave to proceed on appeal *in forma pauperis* (CV Dkt. 7). Counsel was appointed to represent Petitioner on appeal of other matters pursuant to the Criminal Justice Act on June 14, 2005 (CR Dkt. 180).

ACCORDINGLY, the Court **ORDERS** that:

1.     The request to proceed on appeal *in forma pauperis* (**CV Dkt. 7**) is **GRANTED**.

2.     Attorney Daniel F. Daly is hereby appointed to represent Petitioner for purposes of prosecuting an out-of-time direct appeal, *nunc pro tunc* March 14, 2006.

3.     The **Clerk** shall enter judgement for Petitioner, terminate all pending motions, and close this case. The **Clerk** is further directed to file a copy of this order in the underlying criminal case.

**DONE** and **ORDERED** in Tampa, Florida on July 18, 2006.

                                                                       */s/ James S. Moody, Jr.*
                                                                       JAMES S. MOODY, JR.
                                                                       UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Petitioner/Counsel of Record
SA/jsh